UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 10CR2242-3 JM |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING GUILTY PLEA |
| | ) | |
| MARIA ISABELLA ANTINARELLI (3), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

No objections having been filed, IT IS ORDERED that the Findings and Recommendation of Magistrate Judge Bencivengo are adopted and this Court accepts defendant's PLEA OF GUILTY to count 1 of the Superseding Information filed December 20, 2011.

DATED: January 6, 2012

_____
Hon. Jeffrey T. Miller
United States District Judge